UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN EDWARD ROACH,<br><br>                     Petitioner,<br>     v.<br><br>STATE OF WASHINGTON,<br><br>                     Respondent. | No. 09-5155FDB/JRC<br><br>ORDER DENYING PETITIONER'S MOTION AND DIRECTING PETITIONER TO AMEND THE PETITION |

The petitioner in this action is seeking federal habeas corpus relief pursuant to 28 U.S.C. § 2254. This case has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636 (b) (1) (A) and 636 (b) (1) (B) and Local Magistrate Judges' Rules MJR 3 and MJR 4. Petitioner has served the incarceration portion of his sentence, but is on parole. Petitioner has asked the court to charge the state prosecutor in his criminal case with perjury. The motion is DENIED.

Habeas Corpus proceedings are civil in nature, not criminal. If Petitioner believes a crime has been committed he may contact the appropriate law enforcement agency.

Order - 1

The court has again reviewed the file in this case. Petitioner has still not named a proper respondent. The proper respondent in this case is either Petitioner's parole officer, or Eldon Vail, Secretary of the Department of Corrections.

Petitioner will have until August 21, 2009, to submit an amended petition, if he continues to believe that it is necessary, naming a proper respondent and outlining his claim in detail. The amended petition will act as a complete substitute for the original. Failure to submit an amended petition will result in a Report and Recommendation that this case be dismissed.

The clerk is directed to send a copy of this order to petitioner and note the August 21, 2009 deadline on the court's calendar.

DATED this 15th day of July, 2009.

J. Richard Creatura
United States Magistrate Judge

Order - 2