UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN EDWARD ROACH,

                Petitioner,

    v.

STATE OF WASHINGTON,

                Respondent.

No. 09-5155FDB/JRC

ORDER TO PROVIDE SERVICE COPIES OF THE AMENDED PETITION

    The petitioner in this action is seeking federal habeas corpus relief pursuant to 28 U.S.C. § 2254. This case has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636 (b) (1) (A) and 636 (b) (1) (B) and Local Magistrate Judges' Rules MJR 3 and MJR 4. Petitioner has served the incarceration portion of his sentence, but is on parole. Petitioner has amended the petition to name a proper respondent. On July 27, 2008, the court received the amended petition with exhibits. The total document is 71 pages long. No service copies were provided. Petitioner is now ORDERED to provide two copies of the petition and exhibits for

Order - 1

service. Failure to provide these documents on or before September 25, 2009, will result in a Report and Recommendation that this action be dismissed for failure to prosecute and failure to follow a court order.

The clerk is directed to send a copy of this order to petitioner and note the September 25, 2009 deadline on the court's calendar.

DATED this 28th day of August, 2009.

*/s/ J. Richard Creatura*

J. Richard Creatura
United States Magistrate Judge

Order - 2