UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN EDWARD ROACH,<br><br>                  Petitioner,<br><br>     v.<br><br>ELDON VAIL,<br><br>                  Respondent. | CASE NO.  C09-5155 RBL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION DENYING WRIT OF HABEAS CORPUS |

This matter comes before the Court on the Report and Recommendation of the Honorable J. Richard Creeatura, United States Magistrate Judge, that this 28 U.S.C. § 2255 writ of habeas corpus be denied and this action dismissed with prejudice.  The Petitioner has filed a pleading entitled "Power to Grant Writ" which the Court construes as Petitioner's objections to the Report and Recommendation.

Petitioner is seeking federal habeas relief, pursuant to 28 U.S.C. § 2254, from a 2006, Pierce County Superior Court conviction for assault of a child in the second degree. The Pierce County Superior Court sentenced him to 41months incarceration, plus community supervision after release.

ORDER - 1

As detailed in the Report and Recommendation, Petitioner has failed to exhaust any of the asserted grounds for relief. Also, because Petitioner is no longer in custody and is finished with community supervision, he cannot return to state court and thus, the petition is procedurally barred. Concerning Petitioner's allegation of actual innocence, the Petitioner presents nothing but impeachment evidence in support of his claim and impeachment evidence provides no basis to support a claim of actual innocence. <u>Calderon v. Thompson</u>, 523 U.S. 538, 563 (1998).

The Court, having reviewed the file, the Report and Recommendation of the Hon. J. Richard Creatura, United States Magistrate Judge, objections to the Report and Recommendation, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) This action is **DISMISSED** as it is procedurally barred;

(3) Petitioner is not entitled to a certificate of appealability; and

(4) The Clerk's Office is directed to send a copy of this order to petitioner.

DATED this 4th day of June, 2010.

                                        RONALD B. LEIGHTON
                                        UNITED STATES DISTRICT JUDGE