# United States District Court

WESTERN DISTRICT OF WASHINGTON

JOHN EDWARD ROACH,

        v.

ELDON VAIL.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C09-5155 RBL

____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1)    The Court adopts the Report and Recommendation;

(2)    This action is **DISMISSED** as it is procedurally barred; and

(3)    Petitioner is not entitled to a certificate of appealability.

| | |
|---|---|
| June 14, 2010 | BRUCE RIFKIN |
| Date | Clerk |
| | *s/ Mary Trent* |
| | Deputy Clerk |